UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and TRAINING
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO by its TRUSTEES
EDWIN L. CHRISTIAN, CHRIS CONFREY, JOHN CRONIN,
ALFRED GEROSA, FRANCIS P. DIMENNA, JOHN HYERS,
DANIEL NOESGES and JOHN F. O'HARE and JOHN and
JANE DOE, Beneficiaries of the ANNUITY, PENSION,                **ORDER FOR TURN-**
WELFARE and TRAINING FUNDS of the INTERNATIONAL                 **OVER OF FUNDS**
UNION OF OPERATING ENGINEERS, LOCAL 14-14B,
AFL-CIO,                                                        08-MC-0092 (HAA)

                        Plaintiffs,

    -against-

CAR-WIN CONSTRUCTION, INC.,

                        Defendant.
-----------------------------------------------------------------X

      **WHEREAS,** this matter having been brought to the Court by the Plaintiffs/Judgment Creditors THE ANNUITY, PENSION, WELFARE and TRAINING FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 14-14B, AFL-CIO, upon a Notice of Motion to turnover funds on deposit from the account of the Defendant/Judgment Debtor at Wachovia Bank, located at 284 Dunns Mills Road, Bordentown, New Jersey, and to be paid over to Brady McGuire & Steinberg, P.C., as attorneys for the Plaintiffs/Judgment Creditors; and

      **WHEREAS,** no one has appeared on behalf of the Defendant/Judgment Debtor or Wachovia Bank; and

      **WHEREAS,** it appears to the Court that a Certificate of Service of the Notice of Motion and Supporting Affidavit to Turnover Funds has been filed herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED: That Wachovia Bank pay to "Brady McGuire & Steinberg, P.C. as Attorneys" the sum of $20,309.89 which has been levied upon.

IT IS FURTHER ORDERED that a copy of this Order be served by the moving party upon all other parties or their attorneys of record, if any no later than February 20, ~~2008~~ 2009 and the Clerk of the Court is directed to enter this Order forthwith.

Dated: Newark, New Jersey
~~June ___, 2008~~
February 10, 2009

SO ORDERED:

*Harold A. Ackerman*

Harold A. Ackerman, U.S.D.J.